THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUREEN TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN DEVELOPMENT COUNCIL<br><br>        Defendant. | CASE NO. C22-5509-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and amend the case schedule (Dkt. No. 64). The motion is GRANTED. The trial date is moved from March 11, 2024, to July 8, 2024 at 9:30 a.m. The Court sets the following additional dates:

| | |
|---|---|
| Motions in Limine | June 6, 2024 |
| Pretrial Order | June 24, 2024 |
| Trial Briefs, Proposed Voir Dire Questions, Proposed Jury Instructions, Deposition Designations, and Exhibit Lists | July 1, 2024 |
| Pretrial Conference | TBD |

MINUTE ORDER
C22-5509-JCC
PAGE - 1

DATED this 6th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk